# DEFENDANT'S STATEMENT OF UNDERSTANDING PURSUANT TO
## *Lafler v. Cooper*, 132 S.Ct 1376 (2012) and
## *Missouri v. Frye*, 132 S.Ct. 1399 (2012).

I, __Elizabeth Prophitt__, acknowledge each of the following points:

1. The government has offered me the opportunity to enter a truthful guilty plea to:
   __Counts 1-5: Obtaining Controlled Substances by Fraud 21 U.S.C. § 843(a)(3)__

2. It is my right to either accept or reject the proposal. It is also my right to change my plea to guilty *without* any agreement with the government.

3. If I were to accept the government's proposal to truthfully plead guilty, there may be terms and conditions more favorable to me than if I were convicted at trial.

4. If I were to enter a truthful plea of guilty, I understand that my Sentencing Guidelines would likely be __0__ to __6__ months.

5. If I were to proceed to trial and be convicted as charged, I understand that my Sentencing Guidelines would likely be __0__ to __6__ months.

6. I know that a Guidelines Range is only a starting point in the sentencing process, so a sentence could be within, above, or below the Range in most cases.

7. I have had a full opportunity to talk with my attorney about my decision.

8. My attorney has explained the law and the pertinent facts known to him/her.

9. I know that some kinds of evidence are not required to be disclosed to me until presented at trial, so I probably have not seen and/or heard every bit of the evidence that may be presented against me in trial.

10. I am sure that I have a clear understanding of my situation legally and factually.

11. Having fully considered all the foregoing **IT IS MY DECISION TO REJECT THE OFFER OF A NEGOTIATED GUILTY PLEA** even though it may have terms and conditions that are more favorable to me than if I were to be convicted at trial.

Date: __6/16/20__                    _____
                                         Defendant's signature

S:\Cleland\JUDGE\Criminal\DEFENDANT rejects plea form.docx