IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

       Plaintiff,                              Case No. 3:19-cr-20833

v.                                           Hon. Robert H. Cleland

**D-1.  ELIZABETH PROPHITT,**

       Defendant.

___

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES the law firm of CHAPMAN LAW GROUP by and through MEAGHAN G. MCKEON, and hereby submits her notice of appearance as counsel of behalf of the Defendant, ELIZABETH PROPHITT, in the above-captioned matter.

                                          Respectfully Submitted,
                                          CHAPMAN LAW GROUP

Dated: December 17, 2020     /s/ *Meaghan G. McKeon*
                                          Meaghan G. McKeon (P81287)
                                          *Counsel for Defendant Prophitt*
                                          1441 W. Long Lake Rd., Ste. 310
                                          Troy, MI  48098
                                          T: (248) 644-6326
                                          F: (248) 644-6324
                                          MMcKeon@ChapmanLawGroup.com

## PROOF OF SERVICE

I hereby certify that on December 17, 2020, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Meaghan G. McKeon*
Meaghan G. McKeon (P81287)
*Counsel for Defendant Prophitt*
MMcKeon@ChapmanLawGroup.com