# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

       Plaintiff,                                Case No. 3:19-cr-20833

v.                                               Hon. Robert H. Cleland

**D-1.  ELIZABETH PROPHITT, CRNA,**

       Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

NOW COME the law firm of CHAPMAN LAW GROUP and RONALD W. CHAPMAN II, the current counsel of record for Defendant, ELIZABETH PROPHITT, CRNA, and hereby respectfully seek to withdraw as Defendant's retained counsel.

On July 6, 2021, Defendant terminated the undersigned counsel via email. As such, there has been a breakdown in the attorney-client relationship, such that continued legal representation is not possible. Notably, Defendant has additional counsel, David A. Schand, who has been involved in this matter from the beginning. Therefore, the case should be able to proceed as scheduled in the undersigned counsel's absence without delay.

In addition, a Final Pretrial/Plea Hearing has been scheduled to occur on July 16, 2021, at 10:00 a.m. in this matter. The undersigned counsel further requests that a hearing on the instant motion occur on that date and time, should this Honorable Court require the same.

Finally, the undersigned contacted AUSA Brandy McMillion on July 6, 2021, to notify her office of the instant motion. In response, the Government communicated that it takes no position on the motion.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant the instant motion and allow the undersigned to withdraw as counsel for Defendant.

                                          Respectfully Submitted,
                                          CHAPMAN LAW GROUP

Dated: July 7, 2021         /s/ *Ronald W. Chapman II*
                                          Ronald W. Chapman II, L.L.M. (P73179)
                                          *Co-Counsel for Elizabeth Prophitt*
                                          1441 W. Long Lake Rd., Ste. 310
                                          Troy, MI 48098
                                          T: (248) 644-6326
                                          F: (248) 644-6324
                                          rwchapman@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on July 7, 2021, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II, L.L.M. (P73179)
*Co-Counsel for Elizabeth Prophitt*
rwchapman@chapmanlawgroup.com